DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RENE RIVERA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-27

[May 9, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jorge Labarga, Judge; L.T. Case No. 502002CF010201A, 502002CF014603A, 502002CF014604A.

Rene Rivera, Arcadia, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and KLINGENSMITH, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***